# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NOS. 14-528-1 |
| | : | 17-92 |
| **ERICK LASZLO MATHE** | : | |

# ORDER

**AND NOW**, this 30th day of June 2020, upon considering the Defendant's *pro se* Motions for compassionate release (ECF Doc. Nos. 203, 30), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. The Defendant's *pro se* Motions for compassionate release (ECF Doc. Nos. 203, 30) are **DENIED** without prejudice to be renewed should his health or conditions in his facility materially deteriorate; and,

2. The United States shall serve this Order and accompanying Memorandum by first class mail directed to Defendant at his present custodial address no later than **July 1, 2020**, file a certificate of service demonstrating compliance no later than **July 2, 2020,** and amend the certificate should the service return as undeliverable.

_____
**KEARNEY, J.**